E-FILED
Thursday, 07 December, 2006  02:44:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MEYUNTOE L. DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 06-3282 |
| | ) | |
| DONALD HULICK, | ) | |
| Prison Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner Meyuntoe Davis' Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 1). This is the initial consideration of Petitioner's Petition under Rule 4 of the Rules Governing § 2254 Cases.

After a review of the Petition, this Court finds that a summary dismissal is not warranted. Therefore, pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to Petitioner's Petition. The response shall discuss the merits and the procedural posture of the Petition, i.e. whether Petitioner has exhausted his state remedies

and/or procedurally defaulted any claims. See Rule 5 of the Rules Governing § 2254 Cases. The Court further directs the Attorney General for the State of Illinois to provide the Court with a copy of trial transcripts.

THEREFORE, the Attorney General for the State of Illinois is ordered to file on or before February 18, 2007, an answer, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases, to Petitioner's Petition for a Writ of Habeas Corpus, and to provide the Court with a copy of trial transcripts on or before that date.

IT IS THEREFORE SO ORDERED.

ENTER: December 7, 2006.

FOR THE COURT:

                                            s/ Jeanne E. Scott
                                            JEANNE E. SCOTT
                                            UNITED STATES DISTRICT JUDGE